UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHEVRON TCI, INC., | : **CIVIL ACTION NO. 3:18-cv-00776** |
| Plaintiff, | : |
| | : JUDGE BRIAN A. JACKSON |
| VERSUS | : |
| | : |
| CAPITOL HOUSE HOTEL MANAGER, LLC, and THE WILBUR MARVIN FOUNDATION, | : MAG. JUDGE RICHARD L. BOURGEOIS, JR. |
| | : |
| | : |
| Defendants. | : |

# FIRST SUPPLEMENTAL ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT

NOW INTO COURT, through undersigned counsel, come defendants, Capitol House Hotel Manager, LLC (**"Manager"**) and The Wilbur Marvin Foundation (**"WMF"**) (collectively, **"Defendants"**), which supplements its answer to the Complaint (**"Complaint"**) filed by plaintiff, Chevron TCI, Inc. (**"CTCI"** or **"Plaintiff"**), as follows:

## AFFIRMATIVE DEFENSES BY MANAGER

### Seventeenth Affirmative Defense

CTCI extinguished via remission any debt owed by Manager in whole or in part, when CTCI's president, Alan Levine, asked Manager to withhold any distributions from the sale of the Hotel or dissolution of Operator and to use any such proceeds to pay the attorneys' fees CTCI was incurring in connection with the IRS audit. Manager accepted the remission and, pursuant to that verbal agreement, paid attorneys' and accountants' fees instead of any possible distribution from the sale of the Hotel or dissolution of Operator.  Any obligation of defendants to remit sums to CTCI is extinguished, pursuant to La. C.C. articles 1888 and 1890.

**WHEREFORE,** Capitol House Hotel Manager, LLC and The Wilbur Marvin Foundation pray that this supplemented answer be deemed good and sufficient and that, after all due proceedings are had, judgment be rendered herein in their favor and against Chevron TCI, Inc., dismissing all claims of Chevron TCI, Inc., with prejudice, at plaintiff's costs.

RESPECTFULLY SUBMITTED,

By Attorneys:

**BREAZEALE, SACHSE & WILSON, L.L.P.**
301 Main Street, Suite 2300 (70801)
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Facsimile: 225-381-8029


*/s/ Claude F. Reynaud, Jr.*
Claude F. Reynaud, Jr. (La. #11197)
*claude.reynaud@bswllp.com*
Jeanne C. Comeaux (#22999)
*jeanne.comeaux@bswllp.com*
Danielle L. Borel (La. Bar Roll No. 35669)
*danielle.borel@bswllp.com*

*Attorneys for Capitol House Hotel Manager, LLC and The Wilbur Marvin Foundation*

2

1691718.1

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHEVRON TCI, INC., | : | **CIVIL ACTION NO. 3:18-cv-00776** |
| Plaintiff | : | |
| | : | JUDGE BRIAN A. JACKSON |
| VERSUS | : | |
| | : | |
| CAPITOL HOUSE HOTEL MANAGER, LLC, and THE WILBUR MARVIN FOUNDATION, | : | MAG. JUDGE RICHARD L. BOURGEOIS, JR. |
| Defendants. | : | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 14, 2019, a copy of the above and foregoing *First Supplemental Answer and Affirmative Defenses to Complaint* was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Claude F. Reynaud, Jr.
Claude F. Reynaud, Jr. (#11197)
**BREAZEALE, SACHSE & WILSON, L.L.P.**
301 Main Street, Suite 2300 (70801)
Post Office Box 3197
Baton Rouge, Louisiana  70821-3197
Telephone:  225-387-4000
Facsimile:  225-381-8029
*claude.reynaud@bswllp.com*

1691718.1