UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CHEVRON TCI, INC.**  CIVIL ACTION

**VERSUS**

**CAPITOL HOUSE HOTEL MANAGER,**  NO. 18-00776-BAJ-RLB
**LLC, ET AL.**

## FINAL JUDGMENT

For the written reasons assigned,

**IT IS ORDERED** that Priority Return payments are not owed to Plaintiff.

**IT IS FURTHER ORDERED** that Defendant Capitol House Hotel Manager, LLC, shall pay Plaintiff Chevron TCI, Inc. the amount of $2,803,227 owed in Special Tax Distributions and interest as of the first day of trial. Defendant Capitol House Manager, LLC, shall also pay Plaintiff interest in the amount of $847 per day since this first day of trial until paid. To the extent Defendant Capitol House Hotel Manager, LLC fails to pay or perform, Defendant The Wilbur Marvin Foundation shall pay Plaintiff the amount of $2,803,227 owed in Special Tax Distributions and interest as of the first day of trial, plus $847 in interest since the first day of trial, as it agreed to do in the Guaranty Agreement.

**IT IS FURTHER ORDERED** that Plaintiff Chevron TCI, Inc. shall pay Defendants Capitol House Hotel Manager, LLC, and The Wilbur Marvin Foundation $3,205 in asset management fees, to the extent this amount remains unpaid.

1

**IT IS FURTHER ORDERED** that Defendant The Wilbur Marvin Foundation shall pay Plaintiff Chevron TCI, Inc. reasonable attorneys' fees and costs incurred by Plaintiff in an amount to be determined by the Court through a post-judgment Rule 54 motion for attorneys' fees. Plaintiff shall file its Rule 54 motion within 21 days of the issuance of this Ruling and Order. Defendants shall file their Opposition, if any, within the time limits imposed by the Local Civil Rules.

**IT IS FURTHER ORDERED, ADJUDGED,** and **DECREED** that the above-captioned matter be and is hereby **DISMISSED WITH PREJUDICE.**

Baton Rouge, Louisiana, this 31st day of March, 2022

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**